**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs, | : | C.A. No. 05 136 ML |
| v. | : | |
| ANTHONY CORRADO, INC.<br>Defendant. | : | |

**COMPLAINT**

Introduction

1. This is an action to compel payments of contributions, interest, and penalties to an employee welfare benefit plan, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq.

Parties and Jurisdiction

2. Plaintiff Teamsters Local 251 Health Services and Insurance Plan ("Local 251 HSIP" or "the Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

3. Plaintiff Paul A. MacDonald is the Executive Director of Local 251 HSIP.

4. Defendant Anthony Corrado, Inc. ("Corrado"), is a corporation organized under the laws of State of Rhode Island, having its principal place of business in Lincoln, Rhode Island. Defendant has the requisite minimum contacts with the State of Rhode Island.

5. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e).



(1)

## Facts

6. Local 251 HSIP was established to provide various types of insurance benefits, including medical, life, and disability, for Teamsters Local 251 members. The Fund is administered by a Board of Trustees consisting of management and union trustees.

7. Insurance benefits as aforesaid are financed in part by employer contributions. The contribution rate is set by the collective bargaining agreement between Teamsters Local 251 and each employer.

8. The rights and obligations of Local 251 HSIP and defendant are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

9. The Trust Agreement provides, in relevant part, that defendant shall submit timely payroll reports of contributions, permit audits of its requested when requested by the Trustees, promptly pay contributions, and pay penalties and interest when in default.

10. Defendant Corrado is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

## COUNT I

11. Plaintiffs hereby incorporate by reference paragraphs 1 through 10 of this Complaint as if set forth herein.

12. Notwithstanding the aforesaid obligations, Defendant has failed to permit an examination and audit of its records by the Trustees.

13. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

## Count II

14. Plaintiffs hereby incorporate by reference paragraphs 1 through 13 of this Complaint as if set forth herein.

15. Notwithstanding the aforesaid obligations, Defendant has:

(a) Failed to make timely contributions to the Fund for the period of September 2004 through the present;

(b) Failed to submit payroll reports to the Fund for the period of September 2004 through the present;

(c) Otherwise failed to comply with the terms and conditions of the Trust Agreement.

16. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. § 1132(a)(3) and § 1145.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Honorable Court:

(a) Award equitable relief in the form of an Order directing Defendant to permit an examination and audit of all records relating to contributions owed, pursuant to 29 U.S.C. § 1132(a)(3);

(b) Award the Fund the unpaid contributions, interest on the unpaid contributions, liquidated damages, punitive damages, and attorneys' fees and costs, pursuant to 29 U.S.C. § 1132(g)(2); and

(c) Order such other relief as the Court deems just and proper.

Respectfully submitted,
On behalf of Plaintiffs,
By ~~their~~ attorneys,

______________________________
Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: March 30, 2005