**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,<br>Plaintiffs,<br><br>v.<br><br>ANTHONY CORRADO, INC.<br>Defendant. | C.A. No. 05-136ML |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on April 4, 2005. Defendant's Registered Agent for Service was served with a copy of the Complaint and Summons by Constable Thomas Noury on April 25, 2005.

3. Plaintiffs also served the president of Defendant via certified mail on or about May 14, 2005. See certified mail receipt, attached.

4. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

5. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

6. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.

Dated: June 3, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 3rd day of June, 2005.

Notary Public
My commission expires on: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 3 day of June, 2005, to the following party of record:

Alexander Saharian, President
Anthony Corrado, Inc.
54440 Heron Cove Lane
Elcart, IN 46516

7003 1010 0002 3379 3403

APR 2 _ 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Teamsters Local 251 Health Services &

V.

Anthony Corrado, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 136 ML

TO: (Name and address of Defendant)

Anthony Corrado, Inc. or Joesph Pontifice R/A/S
125 Higginson Avenue 125 Higginson Avenue
Lincoln, RI 02865 Lincoln, RI 02865

Alexander Shaharian
Pres. Anthony Corrado, Inc.
54440 Heron Cove Lane
Elkart, IN 46516

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Wiens, Esquire (#6827)
Marc B. Gursky, Esquire (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

an answer to the complaint which is herewith served upon you, within 20 days after service of this ... upon you, exclusive of the da...

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage ...
For delivery information visit our website at www.us...

OFFICIAL U...

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Alexander Sahagian
Street, Apt. No.; or PO Box No. 54440 Heron Cove ...
City, State, ZIP+4 Elkart IN 46516

PS Form 3800, June 2002

7003 1010 0002 3379 3403

7003 1010 0002 3379 3403