UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 10 2005
Property of U.S. District Court
District of Rhode Island

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

ANTHONY CORRADO, INC.
Defendant.

C.A. No. 05-136ML

**VOLUNTARY DISMISSAL**

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorney,

Elizabeth Wiens, Esq. (#6827)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: November 9, 2005

Enter: Mary M. Lisi USDJ 11/10/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid, on this 10th day of November, 2005 to the following party of record:

Stephen Shechtman, Reciever
Anthony Corrado, Inc.
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903

Kerrie L Kaminski